**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

BARBARA J. FRIED and B. MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners listed on **Annex A** to the Complaint.

                Plaintiffs,

- vs -

LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISERS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50,
                Defendants.

Civil Case No.: 09-9100

**NOTICE OF MOTION FOR ORDER APPROVING LEAD PLAINTIFFS AND SELECTION OF LEAD COUNSEL**

Upon the annexed Declaration of Robert Ted Parker, dated December 29, 2009, and the exhibits thereto, and the accompanying Memorandum of Law; and upon all prior pleadings, papers and proceedings heretofore had, served and/or filed herein, the undersigned hereby moves this Court, before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, for an order:

(a) pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") appointing Barbara Fried, Alex Dembitzer, Richard Maltzman and Daniel Zelman as the Lead Plaintiffs, and approving its choice of counsel as Lead Counsel for the Class; and

(b) granting such other, further and different relief as to this Court seems just and proper.

Dated: New York, New York
December 29, 2009

                                    /s/Arthur Russell
ARTHUR RUSSELL (AR 0506)
Attorney at Law
14 Wall Street, 22nd Floor
New York, NY 10005-2101
Telephone: (212) 732-7800
e-mail: arthur@attorneyrussell.com

*Counsel for the Ad Hoc Committee and Proposed Lead Counsel for the Class*

TO:

William Burck, Esq.
Weil Gotshal & Manges
1300 Eye Street NW Suite 900
Washington DC 20005