Arthur Russell (AR 0506)
Attorney at Law
14 Wall Street, 22nd Floor
New York, NY 10005-2101
tel: (212) 732-7800
Facsimile: (973)661-4646
e-mail: arthur@attorneyrussell.com
*Attorneys for Plaintiffs*

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
BARBARA J. FRIED and B. MARK FRIED;  :
ALTITUDE PARTNERS, LLC; RICHARD D.   :
MALTZMAN, AS TRUSTEE FOR THE          :
RICHARD D. & CHARLENE MALTZMAN       :
FAMILY TRUST U/A/D 3/23/88;           :
JEFFOREED PARTNERS, L.P.; JEFFOREED  :
MANAGEMENT COMPANY, INC.; and         :
ZELFAM, LLC, on behalf of limited partners, :
                                      :
     Plaintiffs,    : Civil Case No.: 09-9100
  - vs -                    :
                                      : **MOTION FOR PRO HAC VICE**
LEHMAN BROTHERS REAL ESTATE            **ADMISSION OF ROBERT TED PARKER**
ASSOCIATES III, L.P.; LEHMAN
BROTHERS PRIVATE EQUITY ADVISERS,
LLC; REAL ESTATE PRIVATE EQUITY,
INC.; MARK A. WALSH; MARK H.
NEWMAN; BRETT BOSSUNG; MICHAEL J.
ODRICH; CHRISTOPHER M. O'MEARA;
RICHARD S. FULD, JR.; JOSEPH M.
GREGORY; ERIN CALLAN; IAN LOWITT;
THOMAS RUSSO; AND DOES 1 through 50,
     Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Arthur Russell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Robert Ted Parker (RP 5369)
7 Mira Loma Road
Orinda, California 94563
Telephone: 415-412-1615
Facsimile: 925-254-8011
Email: robert.ted.parker@gmail.com

Mr. Parker is a member in good standing of the Bar of the State of California. There are no pending disciplinary matters against Mr. Parker.

Dated: Nutley, New Jersey
December 8, 2009

Arthur Russell

Arthur Russell (AR 0506)
Attorney at Law
14 Wall Street, 22nd Floor
New York, NY 10005-2101
tel: (212) 732-7800
Facsimile: (973)661-4646
e-mail: arthur@attorneyrussell.com

ROBERT TED PARKER (RP 5369)
*(pro hac vice pending)*
7 Mira Loma Road
Orinda, California 94563
Telephone: 415-412-1615
Facsimile: 925-254-8011
Email: robert.ted.parker@gmail.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| BARBARA J. FRIED and B. MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners, <br><br>                              Plaintiffs,<br>                - vs -<br><br>LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISERS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50,<br>                              Defendants. | Civil Case No.: 09-9100<br><br>**CERTIFICATION IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF ROBERT TED PARKER** |

ARTHUR RUSSELL, being of full age, certifies:

1. I am the attorney for the Plaintiffs. I make this certification in support of the application of Robert Ted Parker for admission *pro hace vice* to the bar of this court to represent Plaintiffs in this action.

2. Robert Ted Parker is a member in good standing of the bar of the State of California and is known to me to be a person of good character. As shown in his attached declaration, no disciplinary proceedings are pending against Robert Ted Parker in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

3. I have annexed to this Certification the Certification of Mr. Parker which annexes a copy of the Certificate of Standing issued by the State Bar of California showing that Mr. Parker is in good standing with the bar of that state.

4. I have conferred with my adversary, Defendants' counsel, William A. Burck, of the firm of Weil Gotshal & Manges, LLP. He has consented on behalf of Defendants to the relief sought on this application.

5. For the foregoing reasons, it is respectfully requested that the Court enter an order in the form annexed hereto admitting Mr. Parker *pro hac vice* to represent the Plaintiffs in this action.

6. The foregoing statements are true. I understand that if any of them is willfully false, I am subject to punishment.

Dated: Nutley, New Jersey  
December 8, 2009

_____  
Arthur Russell

i



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

December 17, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT GREGORY PARKER #43024 was admitted to the practice of law in this state by the Supreme Court of California on January 9, 1969; that at his request, on October 26, 1979, his name was changed to ROBERT TED PARKER on the records of the State Bar of California; that from the date of admission to February 27, 1974, he was an ACTIVE member of the State Bar of California; that on February 27, 1974, he transferred at his request to the INACTIVE status as of January 1, 1974; that from that date to September 28, 1979, he was an INACTIVE member of the State Bar of California; that on September 28, 1979, he transferred at his request to the ACTIVE status; that from that date to July 1, 2008, he was an ACTIVE member of the State Bar of California; that on July 1, 2008, he was enrolled as an INACTIVE member of the State Bar of California for failure to comply with minimum continuing legal education requirements; that on September 10, 2008, he was reinstated as a member eligible to practice law in California; that he has been since that date, and is at date hereof, an ACTIVE member of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
BARBARA J. FRIED and B. MARK FRIED; :
ALTITUDE PARTNERS, LLC; RICHARD D. :
MALTZMAN, AS TRUSTEE FOR THE :
RICHARD D. & CHARLENE MALTZMAN :
FAMILY TRUST U/A/D 3/23/88; :
JEFFOREED PARTNERS, L.P.; JEFFOREED :
MANAGEMENT COMPANY, INC.; and :
ZELFAM, LLC, on behalf of limited partners, :
:
                    Plaintiffs, : Civil Case No.: 09-9100
       - vs - :
: **ORDER GRANTING MOTION FOR PRO**
LEHMAN BROTHERS REAL ESTATE **HAC VICE ADMISSION OF ROBERT**
ASSOCIATES III, L.P.; LEHMAN **TED PARKER**
BROTHERS PRIVATE EQUITY ADVISERS,
LLC; REAL ESTATE PRIVATE EQUITY,
INC.; MARK A. WALSH; MARK H.
NEWMAN; BRETT BOSSUNG; MICHAEL J.
ODRICH; CHRISTOPHER M. O'MEARA;
RICHARD S. FULD, JR.; JOSEPH M.
GREGORY; ERIN CALLAN; IAN LOWITT;
THOMAS RUSSO; AND DOES 1 through 50,
                    Defendants.

THIS MATTER having been raised to the Court on the application of Arthur Russell, attorney for the Plaintiffs, seeking the admission to practice *pro hac vice* of Robert Ted Parker to the bar of this court to represent Plaintiffs in this action, and Defendants having consented to the relief sought and sufficient cause appearing therefore, it is:

ORDERED that the application is granted; and it is further

ORDERED that

Robert Ted Parker (RP 5369)
7 Mira Loma Road
Orinda, California 94563
Telephone: 415-412-1615
Facsimile: 925-254-8011
Email: robert.ted.parker@gmail.com

is and shall be admitted *pro hac vice* to represent the Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov

_____
USDJ

Arthur Russell (AR 0506)
Attorney at Law
14 Wall Street, 22nd Floor
New York, NY 10005-2101
tel: (212) 732-7800
Facsimile: (973)661-4646
e-mail: arthur@attorneyrussell.com

ROBERT TED PARKER (RP 5369)
(*pro hac vice pending*)
7 Mira Loma Road
Orinda, California 94563
Telephone: 415-412-1615
Facsimile: 925-254-8011
Email: robert.ted.parker@gmail.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

BARBARA J. FRIED and B. MARK FRIED;
ALTITUDE PARTNERS, LLC; RICHARD D.
MALTZMAN, AS TRUSTEE FOR THE
RICHARD D. & CHARLENE MALTZMAN
FAMILY TRUST U/A/D 3/23/88;
JEFFOREED PARTNERS, L.P.; JEFFOREED
MANAGEMENT COMPANY, INC.; and
ZELFAM, LLC, on behalf of limited partners,

              Plaintiffs,

- vs -

LEHMAN BROTHERS REAL ESTATE
ASSOCIATES III, L.P.; LEHMAN
BROTHERS PRIVATE EQUITY ADVISERS,
LLC; REAL ESTATE PRIVATE EQUITY,
INC.; MARK A. WALSH; MARK H.
NEWMAN; BRETT BOSSUNG; MICHAEL J.
ODRICH; CHRISTOPHER M. O'MEARA;
RICHARD S. FULD, JR.; JOSEPH M.
GREGORY; ERIN CALLAN; IAN LOWITT;
THOMAS RUSSO; AND DOES 1 through 50,
              Defendants.

Civil Case No.: 09-9100

**CERTIFICATION OF SERVICE**

ARTHUR RUSSELL, being of full age, certifies:

1. On December 8, 2009, I served a true copy of the within application of Robert Ted Parker for admission *pro hace vice* to the bar of this court to represent Plaintiffs in this action on William A. Burck, Esq. c/o Weil Gotshal & Manges, LLP, via e-mail by consent of the parties, at bill.burck@ weil.com.

2. The foregoing statements are true. I understand that if any of them is willfully false, I am subject to punishment.

Dated: Nutley, New Jersey
December 8, 2009

Arthur Russell

i