UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
BARBARA J. FRIED and B. MARK FRIED;
ALTITUDE PARTNERS, LLC; RICHARD D.
MALTZMAN, AS TRUSTEE FOR THE
RICHARD D. & CHARLENE MALTZMAN
FAMILY TRUST U/A/D 3/23/88; JEFFOREED
PARTNERS, L.P.; JEFFOREED MANAGEMENT
COMPANY, INC.; and ZELFAM, LLC, on behalf of
limited partners listed on Annex A to the Complaint.

       Plaintiffs,
    - vs -      : Civil Case No.: 09-9100

LEHMAN BROTHERS REAL ESTATE   **NOTICE OF APPEARANCE**
ASSOCIATES III, L.P.; LEHMAN BROTHERS
PRIVATE EQUITY ADVISERS, LLC; REAL
ESTATE PRIVATE EQUITY, INC.; MARK A.
WALSH; MARK H. NEWMAN; BRETT BOSSUNG;
MICHAEL J. ODRICH; CHRISTOPHER M.
O'MEARA; RICHARD S. FULD, JR.; JOSEPH M.
GREGORY; ERIN CALLAN; IAN LOWITT;
THOMAS RUSSO; AND DOES 1 through 50,
       Defendants.

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Michael J. Odrich, Joseph Gregory, Christopher M. O'Meara and Thomas Russo in the following action: *Fried, et al. v. Lehman Brothers Real Estate Associates III, L.P., et al.*, 09-CV-09100 (S.D.N.Y.).

   Michael J. Chepiga
   Simpson Thacher & Bartlett LLP
   425 Lexington Avenue
   New York, New York 10017
   Telephone: 212-455-2000
   Facsimile: 212-455-2502

Dated: New York, New York
       January 6, 2010                    SIMPSON THACHER & BARTLETT LLP

By: */s/ Michael J. Chepiga*
Michael J. Chepiga
425 Lexington Avenue
New York, New York 10017
Email: mchepiga@stblaw.com
Telephone: 212-455-2000
Facsimile: 212-455-2502