UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BARBARA J. FRIED and B. MARK FRIED;
ALTITUDE PARTNERS, LLC; RICHARD D.
MALTZMAN, AS TRUSTEE FOR THE
RICHARD D. & CHARLENE MALTZMAN
FAMILY TRUST U/A/D 3/23/88; JEFFOREED
PARTNERS, L.P.; JEFFOREED MANAGEMENT
COMPANY, INC.; and ZELFAM, LLC, on behalf of
limited partners listed on Annex A to the Complaint.

       Plaintiffs,
     - vs -

: Civil Case No.: 09-9100

LEHMAN BROTHERS REAL ESTATE
ASSOCIATES III, L.P.; LEHMAN BROTHERS
PRIVATE EQUITY ADVISERS, LLC; REAL
ESTATE PRIVATE EQUITY, INC.; MARK A.
WALSH; MARK H. NEWMAN; BRETT BOSSUNG;
MICHAEL J. ODRICH; CHRISTOPHER M.
O'MEARA; RICHARD S. FULD, JR.; JOSEPH M.
GREGORY; ERIN CALLAN; IAN LOWITT;
THOMAS RUSSO; AND DOES 1 through 50,
       Defendants.

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Michael J. Odrich, Joseph Gregory, Christopher M. O'Meara and Thomas Russo in the following action: *Fried, et al. v. Lehman Brothers Real Estate Associates III, L.P., et al.*, 09-CV-09100 (S.D.N.Y.).

   Erika H. Burk
   Simpson Thacher & Bartlett LLP
   425 Lexington Avenue
   New York, New York 10017
   Telephone: 212-455-2000
   Facsimile: 212-455-2502

Dated: New York, New York
January 6, 2010

SIMPSON THACHER & BARTLETT LLP

By: _____
Erika H. Burk
425 Lexington Avenue
New York, New York 10017
Email: eburk@stblaw.com
Telephone: 212-455-2000
Facsimile: 212-455-2502