UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
BARBARA J. FRIED and B. MARK FRIED;
ALTITUDE PARTNERS, LLC; RICHARD D.
MALTZMAN, AS TRUSTEE FOR THE
RICHARD D. & CHARLENE MALTZMAN
FAMILY TRUST U/A/D 3/23/88;
JEFFOREED PARTNERS, L.P.; JEFFOREED
MANAGEMENT COMPANY, INC.; and
ZELFAM, LLC, on behalf of limited partners,

                Plaintiffs,

  - vs -

LEHMAN BROTHERS REAL ESTATE
ASSOCIATES III, L.P.; LEHMAN
BROTHERS PRIVATE EQUITY ADVISERS,
LLC; REAL ESTATE PRIVATE EQUITY,
INC.; MARK A. WALSH; MARK H.
NEWMAN; BRETT BOSSUNG; MICHAEL J.
ODRICH; CHRISTOPHER M. O'MEARA;
RICHARD S. FULD, JR.; JOSEPH M.
GREGORY; ERIN CALLAN; IAN LOWITT;
THOMAS RUSSO; AND DOES 1 through 50,
                Defendants.

Civil Case No.: 09-9100

**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF ROBERT TED PARKER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/10

THIS MATTER having been raised to the Court on the application of Arthur Russell, attorney for the Plaintiffs, seeking the admission to practice *pro hac vice* of Robert Ted Parker to the bar of this court to represent Plaintiffs in this action, and Defendants having consented to the relief sought and sufficient cause appearing therefore, it is:

ORDERED that the application is granted; and it is further

ORDERED that

Robert Ted Parker (RP 5369)
7 Mira Loma Road
Orinda, California 94563
Telephone: 415-412-1615
Facsimile: 925-254-8011
Email: robert.ted.parker@gmail.com

is and shall be admitted *pro hac vice* to represent the Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov

_____
USDJ
1/7/09

i