UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA J. FRIED and MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners listed on **Annex A.** <br><br> Plaintiffs, <br><br> - vs - <br><br> LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISORS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50, <br><br> Defendants. | **Civ. No. 09-CIV-9100 (BSJ)** <br><br> ECF CASE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for Defendant Erin Callan in this action, and requests that a copy of all pleadings, notices, filings, correspondence and other papers relating to this action be served upon the undersigned at the address stated below.

Dated: January 8, 2010                                                 Respectfully submitted,

/s/ Seth D. Fier
Seth D. Fier (SF-8260)

sfier@proskauer.com

PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000
(212) 969-2900 (fax)
Counsel for Erin Callan

2