UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
BARBARA J. FRIED and MARK FRIED; :
ALTITUDE PARTNERS, LLC; RICHARD :
D. MALTZMAN, AS TRUSTEE FOR THE :
RICHARD D. & CHARLENE :
MALTZMAN FAMILY TRUST U/A/D :
3/23/88; JEFFOREED PARTNERS, L.P.; :
JEFFOREED MANAGEMENT :
COMPANY, INC.; and ZELFAM, LLC, on :
behalf of limited partners listed on **Annex** :
**A.** : No. 09 Civ. 9100 (BSJ)
                Plaintiffs, :
      - vs - :
 :
LEHMAN BROTHERS REAL ESTATE :
ASSOCIATES III, L.P.; LEHMAN :
BROTHERS PRIVATE EQUITY :
ADVISORS, LLC; REAL ESTATE :
PRIVATE EQUITY, INC.; MARK A. :
WALSH; MARK H. NEWMAN; BRETT :
BOSSUNG; MICHAEL J. ODRICH; :
CHRISTOPHER M. O'MEARA; :
RICHARD S. FULD, JR.; JOSEPH M. :
GREGORY; ERIN CALLAN; IAN :
LOWITT; THOMAS RUSSO; AND DOES :
1 through 50, :
 :
                Defendants. :
----------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Patricia M. Hynes of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendant Richard S. Fuld, Jr. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
January 8, 2010

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Patricia M. Hynes
　　　Patricia M. Hynes
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Email: patricia.hynes@newyork.allenovery.com

*Attorneys for Defendant Richard S. Fuld, Jr.*