UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA J. FRIED and MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners listed on **Annex A** to the Complaint.<br><br>                              Plaintiffs,<br>v.<br><br>LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISERS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50,<br><br>                              Defendants. | No. 09-CIV-9100(BSJ)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that the undersigned, of the law firm Willkie Farr & Gallagher LLP, are hereby entering an appearance as counsel of record for defendant Ian Lowitt in the above-captioned action and respectfully request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

5356407.1

Dated: January 8, 2010
      New York, New York

           WILLKIE FARR & GALLAGHER LLP

           BY: /s/ Kelly M. Hnatt
           Kelly M. Hnatt
           (khnatt@willkie.com)
           Richard D. Bernstein (Pro Hac Admission Pending)
           (rbernstein@willkie.com)
           Megan Y. Hogan
           (mhogan@willkie.com)

           787 Seventh Avenue
           New York, New York  10019
           (212) 728-8000 (Phone)
           (212) 728-8111 (Fax)
           *Attorneys for Defendant Ian Lowitt*