UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| BARBARA J. FRIED and MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners listed on **Annex A.** | : : : : : : : : : : | |
| | : | No. 09 CIV 9100 (BSJ) |
| Plaintiffs, | : | |
| - vs - | : | ECF CASE |
| | : | |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISORS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50, | : : : : : : : : : : : : : | NOTICE OF APPEARANCE |
| | : | |
| Defendants. | : | |

_____

PLEASE TAKE NOTICE that I, Jonathan D. Polkes, of the law firm Weil, Gotshal & Manges LLP, being admitted to practice in this Court, hereby enter an appearance in the above-captioned matter on behalf of Defendants Lehman Brothers Real Estate Associates III, L.P., Lehman Brothers Private Equity Advisors, LLC, and Real Estate Private Equity, Inc., and request that all copies of papers in this action be served upon me at the address indicated below.

Dated:  New York, New York
        January 8, 2010

                              **WEIL, GOTSHAL & MANGES LLP**

                              By: /s/Jonathan D. Polkes
                                  Jonathan D. Polkes
                              767 Fifth Avenue
                              New York, New York  10153
                              T: (212) 310-8000
                              F: (212) 310-8007
                              jonathan.polkes@weil.com