UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA J. FRIED and MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners listed on **Annex A.** | |
| Plaintiffs, | No. 09 CIV 9100 (BSJ) |
| - vs - | ECF CASE |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISORS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50, | NOTICE OF APPEARANCE |
| Defendants. | |

PLEASE TAKE NOTICE that I, Mark B. Rosen, of the law firm Weil, Gotshal & Manges LLP, being admitted to practice in this Court, hereby enter an appearance in the above-captioned matter on behalf of Defendants Lehman Brothers Real Estate Associates III, L.P., Lehman Brothers Private Equity Advisors, LLC, and Real Estate Private Equity, Inc., and request that all copies of papers in this action be served upon me at the address indicated below.

Dated: New York, New York
       January 8, 2010

                                  **WEIL, GOTSHAL & MANGES LLP**

                                  By: <u>/s/Mark B. Rosen</u>
                                        Mark B. Rosen
                                  767 Fifth Avenue
                                  New York, New York  10153
                                  T: (212) 310-8000
                                  F: (212) 310-8007
                                  mark.rosen@weil.com