UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA J. FRIED and MARK FRIED; ALTITUDE PARTNERS, LLC; RICHARD D. MALTZMAN, AS TRUSTEE FOR THE RICHARD D. & CHARLENE MALTZMAN FAMILY TRUST U/A/D 3/23/88; JEFFOREED PARTNERS, L.P.; JEFFOREED MANAGEMENT COMPANY, INC.; and ZELFAM, LLC, on behalf of limited partners listed on **Annex A.**

      Plaintiffs,

- vs -

LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P.; LEHMAN BROTHERS PRIVATE EQUITY ADVISORS, LLC; REAL ESTATE PRIVATE EQUITY, INC.; MARK A. WALSH; MARK H. NEWMAN; BRETT BOSSUNG; MICHAEL J. ODRICH; CHRISTOPHER M. O'MEARA; RICHARD S. FULD, JR.; JOSEPH M. GREGORY; ERIN CALLAN; IAN LOWITT; THOMAS RUSSO; AND DOES 1 through 50,

      Defendants.

No. 09 CIV 9100 (BSJ)

ECF CASE

---

## DEFENDANT LEHMAN BROTHERS PRIVATE EQUITY ADVISORS, LLC'S RULE 7.1 STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lehman Brothers Private Equity Advisors, LLC (a non-governmental party) certifies that it is not a publicly held entity. Its parent corporation is

Lehman Brothers Holdings Inc., a publicly held corporation, which owns more than ten percent of the interests in Lehman Brothers Private Equity Advisors, LLC.

Dated: New York, New York
January 8, 2010

                              **WEIL, GOTSHAL & MANGES LLP**

                              By: /s/Jonathan D. Polkes
                                   Jonathan D. Polkes
                              767 Fifth Avenue
                              New York, New York  10153
                              T: (212) 310-8000
                              F: (212) 310-8007
                              jonathan.polkes@weil.com