UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA J. FRIED and MARK FRIED; : 
ALTITUDE PARTNERS, LLC; RICHARD :
D. MALTZMAN, AS TRUSTEE FOR THE :
RICHARD D. & CHARLENE :
MALTZMAN FAMILY TRUST U/A/D :
3/23/88; JEFFOREED PARTNERS, L.P.; :
JEFFOREED MANAGEMENT :
COMPANY, INC.; and ZELFAM, LLC, on :
behalf of limited partners listed on **Annex** :
**A.** : No. 09 CIV 9100 (BSJ)
                Plaintiffs, :
    - vs - : ECF CASE
 : 
LEHMAN BROTHERS REAL ESTATE : <u>ORAL ARGUMENT REQUESTED</u>
ASSOCIATES III, L.P.; LEHMAN :
BROTHERS PRIVATE EQUITY :
ADVISORS, LLC; REAL ESTATE :
PRIVATE EQUITY, INC.; MARK A. :
WALSH; MARK H. NEWMAN; BRETT :
BOSSUNG; MICHAEL J. ODRICH; :
CHRISTOPHER M. O'MEARA; :
RICHARD S. FULD, JR.; JOSEPH M. :
GREGORY; ERIN CALLAN; IAN :
LOWITT; THOMAS RUSSO; AND DOES :
1 through 50, :
 :
                Defendants. :

---

## NOTICE OF MOTION TO STRIKE ALL
## CLASS ALLEGATIONS IN THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law of Defendants Lehman Brothers Real Estate Associates III, L.P., Lehman Brothers Private Equity Advisors, LLC, Real Estate Private Equity, Inc., Mark A. Walsh, Mark H. Newman, Brett Bossung, Michael J. Odrich, Christopher M. O'Meara, Richard S. Fuld, Jr., Joseph M. Gregory, Erin Callan, Ian Lowitt, and Thomas Russo ("Defendants") in

support of the Defendants' Motion to Strike All Class Allegations in the Complaint for Rescission or Damages, Declaration and Injunction (the "Complaint") for failure to comply with the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)), the Affidavit of Mark B. Rosen, and all prior papers and proceedings herein, the Defendants will move this Court, before the Honorable Barbara S. Jones, United States District Judge, United States District Court for the Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an Order striking all class allegations in the Complaint pursuant to Rules 12(f) and 23(d) of the Federal Rules of Civil Procedure, and for such other relief as this Court may deem just and proper.

Dated: New York, New York
January 8, 2010

**WEIL, GOTSHAL & MANGES LLP**

By: /s/Jonathan D. Polkes
    Jonathan D. Polkes
    Mark B. Rosen
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

William A. Burck
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 682-7000
Fax: (202) 857-0940

*Attorneys for Lehman Brothers Real Estate Associates III, L.P., Lehman Brothers Private Equity Advisors, LLC, and Real Estate Private Equity, Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Richard A. Rosen
  Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Mark A. Walsh, Mark H. Newman, and Brett Bossung*

**ALLEN & OVERY LLP**

By: /s/ Patricia M. Hynes
  Patricia M. Hynes
  Todd S. Fishman
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendant Richard S. Fuld, Jr.*

**SIMPSON, THACHER & BARTLETT LLP**

By: /s/ Michael J. Chepiga
  Michael J. Chepiga
  Mary Elizabeth McGarry
  Erika H. Burk
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants Michael J. Odrich, Christopher M. O'Meara, Joseph M. Gregory, and Thomas Russo*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Kelly M. Hnatt

        Kelly M. Hnatt
        787 Seventh Avenue
        New York, New York  10019
        Tel: (212) 728-8000
        Fax: (212) 728-8111

*Attorneys for Defendant Ian Lowitt*

**PROSKAUER ROSE LLP**

By: /s/ Robert J. Cleary
    Robert J. Cleary
    Dietrich L. Snell
    Mark E. Davidson
    Seth D. Fier
1585 Broadway
New York, New York 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for Defendant Erin Callan*


To:    Arthur Russell
       Attorney At Law
       14 Wall Street, 22nd Floor
       New York, NY 10005-2101
       Tel: (212) 732-7800
       Fax: (973) 661-4646

**PARKER LAW FIRM**

Robert Ted Parker
7 Mira Loma
Orinda, CA 94563
Tel: (925) 254-8011
Fax: (925) 254-8011

*Proposed Lead Counsel for Proposed Lead Plaintiffs*